JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIRECTV, LLC, a California limited liability company, | Case No.: 2:12-CV-3851-SVW-FFM |
| Plaintiff, | **ORDER ON STIPULATION TO DISMISS THE ENTIRE ACTION PURSUANT TO FRCP 41(a)(1)(A)(ii)** |
| vs. | |
| BRENT KOSHU AND HISAE KOSHU, Individually, and d/b/a LITTLE TOKYO RESTAURANT, | |
| Defendants. | |

Based on the Stipulation to Dismiss by and between Plaintiff and Defendants, for good cause shown, IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The above-captioned case against Defendnats is dismissed in its entirety with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with the parties to bear their own respective costs and attorneys' fees.

Dated: December 26, 2012

_____
Hon. Stephen V. Wilson
United States District Judge