JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV, LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BRENT KOSHU AND HISAE KOSHU, Individually, and d/b/a LITTLE TOKYO RESTAURANT,<br><br>　　　　　Defendants. | Case No.: 2:12-CV-3851-SVW-FFM<br><br>**ORDER ON STIPULATION TO DISMISS THE ENTIRE ACTION PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

Based on the Stipulation to Dismiss by and between Plaintiff and Defendants, for good cause shown, IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.
2. The above-captioned case against Defendnats is dismissed in its entirety with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with the parties to bear their own respective costs and attorneys' fees.

Dated: December 26, 2012　　　　　_____
　　　　　　　　　　　　　　　　　Hon. Stephen V. Wilson
　　　　　　　　　　　　　　　　　United States District Judge

CASE NO.: 2:12-CV-3851-SVW-FFM　　　ORDER RE: STIP. TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)